# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

**Print Date: October 24, 2024**

## FIREARMS TRACE SUMMARY

**Trace Number:** ▮▮▮▮  **Request Date: February 01, 2022**   **Completion Date: February 11, 2022**

KEVIN VATER
ST. PETERSBURG POLICE DEPT.
1300 FIRST AVENUE NORTH
SAINT PETERSBURG, FL 33705
PHONE: (727) 893-7379
FAX (727) 822-3778

**Badge No:** 44127
**Investigation No:** 2022-003989

### FIREARM INFORMATION
**Manufacturer:** GLOCK INC.
**Model:** 43
**Caliber:** 9
**Serial Number:** ADNV133
**Type:** PISTOL
**Country:** UNITED STATES
**Importer:**
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 01/24/2022
**Time to Crime:** 869 days

▮▮▮▮
SAINT PETERSBURG, FL 33713
UNITED STATES
**Possessor:** ▮▮▮▮
**DOB:** ▮▮▮▮
**POB:** ▮▮▮▮

### PURCHASER INFORMATION
**Purchase Date:** 09/08/2019
FRANK JUDE PETRONE SR
▮▮▮▮
PARRISH, FL 34219
UNITED STATES
**DOB:** ▮▮▮▮
**POB:** ▮▮▮▮ NY UNITED STATES
**Race:** WHITE   **Height:** ▮▮▮▮
**Sex:** Male   **Weight:** ▮▮▮▮
**ID 1:** FL DRIVER'S LICENSE: ▮▮▮▮
**ID 2:** FL CONCEALED WEAPON PERMIT: ▮▮▮▮

### DEALER INFORMATION
**FFL:** 15950678
BULLSEYE INDOOR PISTOL RANGE AND GUNSHOP
4550 PINEBROOK CIRCLE  #608
BRADENTON, FL 34209
**Phone:** (941) 729-7906  Ext:   **Ship-To-Date:** 01/03/2019

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: ▮▮▮▮

Page 1 of 1

FOR OFFICIAL USE ONLY

DISC-00005

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223
Print Date: October 24, 2024

## FIREARMS TRACE SUMMARY

**Trace Number:** [REDACTED]          **Request Date:** November 01, 2022     **Completion Date:** November 07, 2022

**ZACHARY NELSON**
**TAMPA I FIELD OFFICE**
**400 NORTH TAMPA ST. SUITE 1000**
**TAMPA, FL 33602**
**PHONE:** (813) 202-7310
**FAX** (813) 202-7311

**Badge No:**      6672
**Investigation No:** 767030-22-0029

**DETECTIVE MEYER**
**MANATEE COUNTY SHERIFFS OFFICE**
**600 US HWY 301 BLVD W STE 202**
**BRADENTON, FL 34205**
**PHONE:** (941) 747-3011
**FAX** (941) 741-3756

**Badge No:**      112210
**Investigation No:** 22-001141

### FIREARM INFORMATION
**Manufacturer:** ASENA SILAH-BERA ARMS
**Model:** GF2P
**Caliber:** 12
**Serial Number:** 21-44872
**Type:** SHOTGUN
**Country:** TURKIYE
**Importer:** GFORCE ARMS, INC. RENO NV
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:**
**Time to Crime:**

**Possessor:** [REDACTED]
**DOB:** [REDACTED]
**POB:** [REDACTED]

### PURCHASER INFORMATION
**Purchase Date:** 06/14/2022

FRANK JUOLE PETRONE SR
[REDACTED]
PARRISH, FL 34219
UNITED STATES
**DOB:** [REDACTED]
**POB:** [REDACTED] NY UNITED STATES
**Race:** WHITE          **Height:** [REDACTED]
**Sex:** Male              **Weight:** [REDACTED]
**ID 1:** FL DRIVER'S LICENSE: [REDACTED]
**ID 2:** FL CONCEALED WEAPON PERMIT: [REDACTED]

### DEALER INFORMATION
**FFL:** 15950678
BULLSEYE INDOOR PISTOL RANGE AND GUNSHOP
4550 PINEBROOK CIRCLE #608
BRADENTON, FL 34209
**Phone:**     (941) 729-7906     **Ship-To-Date:**     02/10/2021
Ext:

### ADMINISTRATIVE INFORMATION

### SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.

Trace: [REDACTED]                                           Page 1 of 1
**FOR OFFICIAL USE ONLY**

DISC-00006